In the Matter of Acquiring Title by THE CITY OF NEW YORK to Certain Lots and Premises Situated between Suburban Place and East One Hundred and Seventy-third Street, Crotona Park East and Boston Road, Borough and County of Bronx, City of New York, Duly Selected as a Site for School Purposes According to Law.— Reference ordered to Hon. John M. Tierney, official referee. Settle

order on notice. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.